# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-04774/1205204279

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-17100-RJH |
| Mark Charles Brown and Kathleen Elizabeth Brown | Chapter 7 |
| Debtors. | NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE |
| MERS as nominee for Taylor Bean & Whitaker Mortgage Corp its successors and/or assigns and its servicing agent American Servicing Company Movant, | |
| vs. | RE: Real Property Located at 7481 E. Sutton Dr. Scottsdale, AZ 85260 |
| Mark Charles Brown and Kathleen Elizabeth Brown, Debtors; Maureen Gaughan, Trustee. | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

MERS as nominee for Taylor Bean & Whitaker Mortgage Corp its successors and/or assigns and its servicing agent American Servicing Company
c/o Mark S. Bosco, Esq.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

WITHIN 15 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was not sent seeking to resolve the issues necessitating the motion, as the Debtor has indicated that they are surrendering their interest in the property or the property is not the Debtor's main residence.

DATED this 10th day of March, 2009.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

Copy of the foregoing was
mailed on March 10, 2009, to:

Mark Charles Brown and Kathleen Elizabeth Brown
7481 E. Sutton Dr.
Scottsdale, AZ 85260
Debtors

Kevin J. Rattay
Jaburg & Wilk P.C..
14646 N. Kierland Blvd.
Suite 255
Scottsdale, AZ 85254
Attorney for Debtors

…

Maureen Gaughan
P.O. Box 6729
Chandler, AZ  85246-6729
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: Ismael G. Solano